**Slip Op. 99-63**

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____

|  |  |  |
|---|---|---|
| THE TORRINGTON COMPANY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 98-09-02903 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

_____ :

### O R D E R

Upon consideration of The Torrington Company's ("Torrington") motion for judgment on the agency record pursuant to Rule 56.2 of this Court, the Department of Commerce, International Trade Administration's ("Commerce") response to Torrington's motion, and all other papers and proceedings herein, it is hereby

**ORDERED** that the matter is remanded to Commerce to apply to the final scope ruling, entitled Final Scope Ruling--Antidumping Duty Order on Cylindrical Roller Bearings and Parts Thereof from Japan--Regarding a Certain Cylindrical Roller Bearing Produced by Koyo Seiko Co., Ltd., and Imported by Koyo Corporation of U.S.A. (Aug. 10, 1998), an effective date in accordance with this Court's holding in Timken Co. v. United States, 21 CIT __, 972 F. Supp. 702 (1997), aff'd sub nom. Koyo Seiko Co., Ltd. v. United States, 155 F.3d 574 (Fed. Cir. 1998).

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated: July 14, 1999
       New York, New York